IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MIGUEL RICO, | ) |
| Plaintiff, | ) ) |
| | ) Case no. 25-cv-01030- CSB |
| v. | ) ) |
| | ) Honorable Colin Stirling Bruce |
| JOHN DOE, *et al.*, | ) ) |
| Defendants. | ) |

**<u>DEFENDANT'S MOTION FOR SANCTIONS</u>**

NOW COMES Defendant, Mindi Nurse, by and through her attorney, Kwame Raoul, Attorney General for the State of Illinois, hereby submits her Motion for Sanctions. In support thereof, Defendant states as follows:

1.  On March 5, 2025, Defendant Mindi Nurse was added to this case, in her official capacity as Warden of Pontiac Correctional Center, as a placeholder defendant for the purpose of identifying the John Doe defendant(s). [Doc. 11, p.2]

2.  On May 19, 2025, the Court issued a scheduling order stating in part that written discovery request must be mailed to a party at least 30 days before the discovery deadline. [Doc. 21,¶17]. If the responses are unsatisfactory, a party may file a motion to compel. *Id*. ¶21. Discovery is set to close on November 20, 2025. *Id*. ¶30.

3.  On May 30, 2025, Defendant served Defendants' first set of interrogatories in order to attempt to identify the John Doe Defendant(s). Dkt, 22. Pursuant to Rule 33, Plaintiff's response was due on June 29, 2025. [Doc. 25, ¶3].

4. Due to Plaintiff's failure to respond, on July 11, 2025, Defendant filed a Motion to Compel Plaintiff's answers within 14 days. *Id.* ¶6.

5. On July 14, 2025, the Court granted the motion and ordered Plaintiff to respond within twenty-one (21) days of the order. [d/e: 7/15/2025]. The Court also admonished Plaintiff, "Plaintiff's failure to comply timely with this Order by providing his responses to Defendant's interrogatories could result in sanctions being imposed upon him, including dismissing this case, upon receipt of a proper motion requesting such a sanction." *Id.*

6. Plaintiff's responses to Defendant's interrogatories were due on August 4, 2025. To date, Plaintiff has not provided Defendant with any interrogatory responses nor has Plaintiff requested additional time to comply with the Court's July 14, 2025 Order.

7. Rule 37(b) provides "if a party . . . fails to obey an order to provide or permit discovery, including an order under Rule 26(f), 35, or 37(a), the court where the action is pending may issue further just orders. They may include the following: . . . (v) dismissing the action or proceeding in whole or in part . . ." Fed. R. Civ. P. 37(b)(2)(A)(v).

8. Dismissal under Rule 37 "requires a finding of willfulness, bad faith or fault on the part of the defaulting party." *Brown v. Columbia Sussex Corp.*, 664 F.3d 182, 190 (7th Cir. 2011). Plaintiff has also demonstrated willfulness, bad faith, and fault by failing to comply with the Court's July 14, 2025 Order to provide his answers to Defendant's interrogatory. Plaintiff's responses to Defendant's interrogatories are

now 39 days overdue. Plaintiff has made no effort to provide any explanation to Defendant or the Court for the extended delay in complying with his discovery obligations.

9. Additionally, Rule 41(b) provides, in relevant part: "If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b). The Seventh Circuit explained, "Rule 41(b) serves not only to protect defendants but also to aid courts in keeping administrative control over their own dockets and to deter other litigants from engaging in similar dilatory behavior. The rule is an expression of an inherent power . . . necessarily vested in courts to manage their own affairs so as to achieve the order and expeditious disposition of cases." *3 Penny Theater v. Plitt Theaters, Inc.*, 812 F.2d 337, 340 (7th Cir. 1987) (internal citations omitted). Defendant submits that dismissal with prejudice is required because Plaintiff willfully failed to comply with the Court's July 14, 2025 Order and has displayed blatant dilatory behavior towards conducting discovery in this matter.

10. Therefore, Defendant respectfully requests, pursuant to Rule 37(b), and Rule 41(b), that Plaintiff's case be dismissed with prejudice.

**WHEREFORE**, for the above and foregoing reasons, Defendant respectfully requests that this Honorable Court grant her Motion for Sanctions and for any further relief this court deems just.

Date: August 7, 2025                                              Respectfully Submitted,

**KWAME RAOUL**                                                   By: */s/ Patricia Brito Salazar*
Attorney General of Illinois                                      PATRICIA BRITO SALAZAR
                                                                  Assistant Attorney General
                                                                  Office of the Illinois Attorney General
                                                                  115 S, LaSalle St.
                                                                  Chicago, Illinois 60603
                                                                  (224) 271-0017
                                                                  p.britosalazar@ilag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those registered. Additionally, I hereby certify that on that same date, I caused to be mailed by United States Postal Service, a copy of the foregoing document to the following non-registered participant

**Miguel Rico #M34394**
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL, 61764

By: */s/Patricia Brito Salazar*